```
LAWRENCE G. BROWN
Acting United States Attorney
PHILIP A. FERRARI
SEAN C. FLYNN
Assistant U.S. Attorneys
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>VARDGES EGIAZARIAN,<br>　　aka David Akerman,<br>　　aka Ron Rubens,<br>DERRICK JOHNSON, and<br>LANA LE CHABRIER,<br><br>　　　　Defendants.<br>_____ | CASE NO. 2:08-cr-00427-MCE<br><br>STIPULATION AND PROPOSED<br>ORDER FOR CONTINUANCE OF<br>STATUS CONFERENCE<br><br><br>Date: August 13, 2009<br>Time: 9:00 a.m.<br>Hon. Morrison C. England |

It is hereby stipulated and agreed to between the United States of America through PHILIP A. FERRARI, Assistant United States Attorney, and defendants, VARDGES EGIAZARIAN, DERRICK JOHNSON, and LANA LE CHABRIER, by and through their respective counsel, that the status conference in the above-captioned matter set for Thursday, July 16, 2009, be continued to Thursday, August 13, 2009, at 9:00 a.m.  The parties continue to review discovery and seek possible resolution of this matter.  The Government requests that the status conference set for co-defendants MIGRAN PETROSYAN and KHACHATUR ARUTUNYAN be maintained and go forward on

1

July 16 so that the Court may address the matter referenced in a separate filing to be submitted today by the Government.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for August 13, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

Respectfully Submitted,

LAWRENCE G. BROWN
Acting United States Attorney

DATE: July 14, 2009     By:   /s/ Philip A. Ferrari
                              PHILIP A. FERRARI
                              Assistant U.S. Attorney

DATE: July 14, 2009     By:   /s/ Philip A. Ferrari for
                              JEROME KAPLAN
                              Att'y for Vardges Egiazarian

DATE: July 14, 2009     By:   /s/ Philip A. Ferrari for
                              TIMOTHY E. WARRINER
                              Att'y for Derrick Johnson

DATE: July 14, 2009     By:   /s/ Philip A. Ferrari for
                              JOSEPH J. WISEMAN
                              Att'y for Lana Le Chabrier

**O R D E R**

IT IS SO ORDERED.

Dated: July 14, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE