Tim Warriner (SB#166128)
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 441-0970

Attorney for Defendant,
DERRICK JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:08-cr-00427 MCE |
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING SENTENCING DATE |
| v. | ) | |
| DERRICK JOHNSON, <u>et al.</u>, | ) | |
| Defendants. | ) | |

The parties hereby stipulate as follows:

1. This matter is now set for judgment and sentence proceedings on November 19, 2009.

2. The parties agree to continue judgment and sentence proceedings until January 28, 2010. The continuance is necessary to afford counsel additional time to locate and obtain documents, and in furtherance of the plea agreement.

3. The parties agree to the following schedule concerning the presentence report:

| | |
|---|---|
| Date of Sentencing    : | January 28, 2010 |
| Motion for Correction due:           : | January 21, 2010 |
| Presentence Report due: | January 14, 2010 |
| Informal Objections due: | January 7, 2010 |
| Draft PSR due: | December 30, 2009 |

ORDER

GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, judgment and sentencing is continued until January 28, 2010 at 9:00 a.m., and the November 19, 2009 court date is vacated.  The court adopts the schedule concerning the presentence report pursuant to the parties' stipulation.

Dated:  November 12, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE