Tim Warriner (SB#166128)
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 441-0970

Attorney for Defendant,
DERRICK JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR S 08 0427 MCE |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING SENTENCING DATE |
| v. ) | |
| DERRICK JOHNSON, <u>et al.</u>, ) | |
| Defendants. ) | |

The parties hereby stipulate as follows:

1. This matter is now set for judgment and sentence proceedings on March 25, 2010.

2. The parties agree to continue judgment and sentence proceedings until June 24, 2010. The continuance is necessary to afford counsel additional time to locate and obtain documents related to the defendant's medical issues, and in furtherance of the defendant's obligations under the plea agreement.

3. The parties agree to the following schedule concerning the presentence report:

| | |
|---|---|
| Date of Sentencing : | June 24, 2010 |
| Motion for Correction due: : | June 17, 2010 |
| Presentence Report due: | June 10, 2010 |
| Informal Objections due: | June 3, 2010 |
| Draft PSR due: | May 27, 2010 |

## ORDER

GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, judgment and sentencing is continued until June 24, 2010 at 9:00 a.m., and the March 25, 2010 court date is vacated.  The court adopts the schedule concerning the presentence report pursuant to the parties' stipulation.

Dated:  March 16, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2