Tim Warriner (SB#166128)
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 441-0970

Attorney for Defendant,
DERRICK JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DERRICK JOHNSON, <u>et al.</u>, ) <br> ) <br> Defendants. ) <br> _____ ) | No. 2:08-cr-00427-MCE <br><br> STIPULATION AND ORDER CONTINUING SENTENCING DATE |

The parties hereby stipulate as follows:

1. This matter is now set for judgment and sentence proceedings on June 24, 2010.

2. The parties agree to continue judgment and sentence proceedings until September 30, 2010. The continuance is necessary to afford counsel additional time to locate and obtain materials related to the defendant's medical issues, and in furtherance of the defendant's obligations under the plea agreement.

3. The parties agree to the following schedule concerning the presentence report:

    Date of Sentencing   :     September 30, 2010

    Motion for Correction
    due:                    :     September 23, 2010

    Presentence Report
    due:     September 16, 2010

    Informal Objections
    due:     September 9, 2010

    Draft PSR due:     September 2, 2010

ORDER

GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, judgment and sentencing is continued until September 30, 2010 at 9:00 a.m., and the June 24, 2010 court date is vacated. The court adopts the schedule concerning the presentence report pursuant to the parties' stipulation.

Dated: June 22, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2