Tim Warriner (SB#166128)
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 441-0970

Attorney for Defendant,
DERRICK JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DERRICK JOHNSON, ) <br> ) <br> Defendant. ) <br> _____) | No. 2:08-cr-00427-MCE <br><br> STIPULATION AND ORDER VACATING SENTENCING DATE AND SETTING FOR STATUS OF SENTENCING |

The parties hereby stipulate as follows:

1. This matter is now set for judgment and sentence proceedings on September 30, 2010.

2. The parties agree to vacate the September 30, 2010 sentencing date, and to set the matter for status of sentencing to be held December 16, 2010 at 9:00 a.m.  Good cause for vacating the sentencing date is due to the defendant's continued cooperation pursuant to the plea agreement, and to afford additional time for the probation officer to interview Mr. Johnson, who does not reside within the jurisdiction.  The United States probation officer has been consulted concerning this schedule and has no objection thereto.

DATED: September 16, 2010        /s/ Tim Warriner, Attorney for Defendant,
                                 Derrick Johnson

DATED: September 16, 2010        /s/ Philip Ferrari, Assistant United States
                                 Attorney for the Government

<u>ORDER</u>

GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, the September 30, 2010 judgment and sentencing date is vacated, and the matter is set for a status of sentencing hearing on December 16, 2010 at 9:00 a.m.

Dated: September 30, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2