1  Timothy E. Warriner (SB#166128)
   Attorney at Law
2  813 6th St., Suite 450
   Sacramento, CA 95814
3  (916) 443-7141
   FAX: (916) 441-0970
4
   Attorney for Defendant,
5  DERRICK JOHNSON

6
                    IN THE UNITED STATES DISTRICT COURT
7
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9
   UNITED STATES OF AMERICA,        )    No. 2:08-cr-00427 MCE
10                                   )
          Plaintiff,                 )    STIPULATION AND
11                                   )    ORDER CONTINUING DATE FOR
       v.                            )    STATUS OF SENTENCING HEARING
12                                   )
   DERRICK JOHNSON,                  )
13                                   )
          Defendant.                 )
14 _____ )

15 The parties hereby stipulate as follows:

16 1. This matter is now set for status of sentencing proceedings on December 16, 2010.

17 2. The parties agree to vacate the December 16, 2010 hearing date, and to set the matter for

18 status of sentencing to be held **June 23, 2011 at 9:00 a.m.**  Good cause for the continuance is

19 due to the defendant's continued cooperation pursuant to the plea agreement, and to afford

20 additional time for completion of the presentence investigation report.

21 DATED: December 13, 2010           /s/ Tim Warriner, Attorney for Defendant,
                                      Derrick Johnson
22
   DATED: December 13, 2010           /s/ Philip Ferrari, Assistant United States
23                                    Attorney for the Government

## ORDER

GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, the December 16, 2010 hearing is vacated, and the matter is set for a status of sentencing hearing on June 23, 2011 at 9:00 a.m.

Dated:  December 16, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE