1  Timothy E. Warriner (SB#166128)
   Attorney at Law
2  660 J Street, Suite 390
   Sacramento, CA 95814
3  (916) 443-7141
   FAX: (916) 441-0970
4
   Attorney for Defendant,
5  DERRICK JOHNSON

6
                 IN THE UNITED STATES DISTRICT COURT
7
                FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9
   UNITED STATES OF AMERICA,         )    No. CR S 08 0427 MCE
10                                   )
              Plaintiff,             )    STIPULATION AND PROPOSED
11                                   )    ORDER CONTINUING DATE FOR
       v.                            )    JUDGMENT AND SENTENCING
12                                   )
   DERRICK JOHNSON,                  )
13                                   )
              Defendant.             )
14 _____)

15 The parties hereby stipulate as follows:

16 1.  Judgment and sentencing is presently set for October 13, 2011.

17 2.  The parties agree to vacate the October 13, 2011 hearing date, and to set the matter for

18 judgment and sentencing to be held **December 15, 2011 at 9:00 a.m.**  Good cause for the

19 continuance is due to the defendant's continued cooperation pursuant to the plea agreement, and

20 to afford additional time for completion of the presentence investigation report.

21 DATED: October 7, 2011            /s/ Timothy E. Warriner, Attorney for Defendant,
                                     Derrick Johnson
22
   DATED: October 7, 2011            /s/ Phil Ferrari, Assistant United States
23                                    Attorney for the Government

ORDER

GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, the October 13, 2011 hearing is vacated, and the matter is set for judgment and sentencing to occur December 15, 2011 at 9:00 a.m.

IT IS SO ORDERED.

Dated: October 13, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE