Timothy E. Warriner (SB#166128)
Attorney at Law
428 J Street, Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
DERRICK JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR S 08-00427-04-MCE |
| ) | |
| Plaintiff, ) | STIPULATION AND PROPOSED |
| ) | ORDER CONTINUING DATE FOR |
| v. ) | JUDGMENT AND SENTENCING |
| ) | |
| DERRICK JOHNSON, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The parties hereby stipulate as follows:

1. Judgment and sentencing is presently set for March 22, 2012.

2. The parties agree to vacate the March 22, 2012 hearing date, and to set the matter for judgment and sentencing to be held **June 21, 2012 at 9:00 a.m.** Good cause for the continuance is due to the defendant's continued cooperation pursuant to the plea agreement, and to afford defense counsel additional time to address the proposed presentence investigation report. The probation officer has no objection to the proposed date for judgment and sentencing.

3. The parties hereby stipulate to the following schedule concerning the presentence investigation report:

Informal Objections
to Proposed PSR Due:      5/25/12

Final PSR Due to Court:    6/1/12

Motion for Correction of
PSR Due:                   6/8/12

| | |
|---|---|
| Reply or Statement of Non-Opposition Due: | 6/15/12 |

DATED: March 15, 2012  /s/ Timothy E. Warriner, Attorney for Defendant, Derrick Johnson

DATED: March 15, 2012  /s/ Phil Ferrari, Assistant United States Attorney for the Government

ORDER

GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, the March 22, 2012 hearing is vacated, and the matter is set for judgment and sentencing to occur June 21, 2012 at 9:00 a.m. The court adopts the stipulation of the parties concerning the presentence report.

Dated: March 28, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE