Timothy E. Warriner (SB#166128)
Attorney at Law
428 J Street, Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
DERRICK JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DERRICK JOHNSON, ) <br> ) <br> Defendant. ) <br> _____ ) | No. 2:08-cr-00427 MCE <br><br> STIPULATION AND <br> ORDER CONTINUING DATE FOR <br> JUDGMENT AND SENTENCING |

The parties hereby stipulate as follows:

1. Judgment and sentencing is presently set for June 21, 2012.

2. The parties agree to vacate the June 21, 2012 hearing date, and to set the matter for judgment and sentencing to be held **September 6, 2012 at 9:00 a.m.**  Good cause for the continuance is due to the defendant's continued cooperation pursuant to the plea agreement.

3. The parties hereby stipulate to the following schedule concerning the presentence investigation

Motion for Correction of
PSR Due:                          8/23/12

Reply or Statement of Non-
Opposition Due:                   8/30/12

DATED: June 12, 2012              /s/ Timothy E. Warriner, Attorney for Defendant,
                                  Derrick Johnson

DATED: June 12, 2012              /s/ Phil Ferrari, Assistant United States
                                  Attorney for the Government

<u>ORDER</u>

GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, the June 21, 2012 hearing is vacated, and the matter is set for judgment and sentencing to occur September 6, 2012 at 9:00 a.m. The court adopts the stipulation of the parties concerning the presentence report.

IT IS SO ORDERED.

Dated: June 13, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE