Timothy E. Warriner
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant
Derrick Johnson

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>DERRICK JOHNSON,<br>                    Defendant, | CASE NO.  2:08-cr-00427-MCE<br><br>STIPULATION AND ORDER<br>CONTINUING DATE FOR<br>JUDGMENT AND SENTENCING |

**STIPULATION**

Defendant Derrick Johnson through his counsel of record, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. The court should vacate the sentencing hearing now set on January 30, 2014.

2. A judgment and sentencing hearing shall be scheduled for February 13, 2014 at 9:00 a.m., said matter to be added to the court's calendar for that date.

3. The hearing shall be conducted by way of video conference, with the defendant appearing at the United States Pretrial Services office in Omaha, Nebraska. The defendant will file a waiver of the right to be personally present at the sentencing hearing. The video conference in lieu of the defendant's appearance in Sacramento is requested due to the defendant's medical problems and physical disabilities.

1

IT IS SO STIPULATED.

DATED: January 27, 2014

/s/ Jean Hobler
Assistant United States Attorney

DATED: January 27, 2014

/s/ Timothy E. Warriner
Counsel for Defendant
Derrick Johnson

**ORDER**

IT IS SO ORDERED.

**Dated: January 27, 2014**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

2