Timothy E. Warriner (SB#166128)
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant
Derrick Johnson

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:08-cr-00427-MCE-4 |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| DERRICK JOHNSON, | |
| Defendant, | |

It is hereby ORDERED that the judgment filed March 4, 2014, ECF No. 857, be amended. The amended judgment shall not include any requirement for electronic home monitoring. Defendant's Motion to Amend the Judgment, ECF No. 859, is GRANTED and the March 14, 2014 hearing on this matter is VACATED.

IT IS SO ORDERED.

Dated: March 11, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

1